**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1817**

JOHN D. MCCALLISTER,

              Plaintiff - Appellant,

        v.

ERNIE R. LEE; JOSEPH B. GILBERT; DEWEY HUDSON; CARA L.
TUSSEY; ED BROWN, Onslow County Sheriff Department,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  Louise W. Flanagan,
District Judge.  (7:13-cv-00154-FL)

Submitted:  October 21, 2014          Decided:  October 23, 2014

Before SHEDD, DUNCAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John D. McCallister, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John D. McCallister appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  McCallister v. Lee, No. 7:13-cv-00154-FL (E.D.N.C. July 24, 2014).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED